Lisa **BARNETTE**, Jerry Barnette, et al., Plaintiffs–Appellees,

v.

**CITY OF PHENIX CITY, AL., Officer Lahr, Officer Bailey, Officer Nolin, Officer Careano, Officer Barr, Grover Goodrich, Deputy, Heath Taylor, Deputy, Defendants–Appellants.**

No. 07–15356.

United States Court of Appeals, Eleventh Circuit.

June 10, 2008.

Jay (Joseph) Brady Lewis, Fred Lee Clements, Jr., Law Offices of Jay Lewis, LLC, Montgomery, AL, for Plaintiffs–Appellees.

Ronald Gregg Davenport, R. Brett Garrett, Rushton, Stakely, Johnston & Garrett, PA, Bart Gregory Harmon, Webb & Eley, P.C., Kendrick Emerson Webb, Montgomery, AL, for Defendants–Appellants.

Before DUBINA and BARKETT, Circuit Judges, and SCHLESINGER *, District Judge.

PER CURIAM:

Appellants bring this interlocutory appeal pursuant to 28 U.S.C. § 1291 and *Mitchell v. Forsyth,* 472 U.S. 511, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985), challenging the district court's ruling denying them

* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

summary judgment by finding that they were not entitled to qualified immunity with respect to Appellee's claims brought under 42 U.S.C. § 1983.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that the district court did not err in denying Appellants' motion for summary judgment. Accordingly, the district court's ruling is

**AFFIRMED.**